MICHELE BECKWITH
Acting United States Attorney
TARA A. AMIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for the United States

FILED
Mar 05, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.,* GNGH2 INC., <br><br>Plaintiff/Relator, <br><br>v. <br><br>CARSON TAHOE PHYSICIAN CLINICS, <br><br>Defendants. | CASE NO. 2:23-CV-1361 KJM CKD <br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR |

Pursuant to Federal Rule of Civil Procedure 41(a), the United States of America and Relator GNGH2, Inc. ("Relator), hereby stipulate that the above-captioned action shall be dismissed pursuant to the terms of the Settlement Agreement between the United States, Relator, and Carson Tahoe Physician Clinics, Carson Tahoe Health System, and Carson Tahoe Continuing Care Hospital dated January 23, 2025.

The United States and Relator stipulate to the entry of the attached Proposed Order dismissing the False Claims Act claims asserted in this action on behalf of the United States. The dismissal shall be with prejudice as to the Relator and without prejudice to the United States.

Notwithstanding the entry of a dismissal herein, the Parties agree that the United States District Court for the Eastern District of California shall retain jurisdiction to enforce the terms of the Settlement Agreement, if necessary, and that this Court shall be the sole venue for any dispute arising thereunder.

The United States requests that Relator's Complaint, this Stipulation, and the attached proposed

STIPULATION OF DISMISSAL

Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.  Relator does not oppose this request.

       A proposed order accompanies this stipulation.

Respectfully submitted,

Dated:  March 5, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Tara A. Amin*
TARA A. AMIN
Assistant United States Attorney

Dated:  March 5, 2025

COUNSEL FOR RELATOR
GNGH2, INC.

By: */s/ Yael Lerman*
YAEL LERMAN

| | |
|---|---|
| 1 | USA *ex rel.* GNGH2 Inc. v. Carson Tahoe Physician Clinics<br>2:23-cv-01361-KJM-CKD |
| 2 | |
| 3 | **CERTIFICATE OF SERVICE BY ELECTRONIC MAIL AND U.S. MAIL** |
| 4 | The undersigned hereby certifies that he is an employee in the Office of the United States |
| 5 | Attorney for the Eastern District of California and is a person of such age and discretion to be competent |
| 6 | to serve papers; |
| 7 | That on March 5, 2025, he served a copy of: |
| 8 | JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR |
| 9 | |
| 10 | [PROPOSED] ORDER ON THE JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR |
| 11 | by transmitting true and correct copies thereof from Isaac.Shu@usdoj.gov to the electronic mail address |
| 12 | listed, and |
| 13 | by placing a true and correct copy thereof in a postage paid, sealed envelope, addressed as stated below, which |
| 14 | are the last known address of the party being served, and placed said envelope in the United States mail, at |
| 15 | Sacramento, California. |
| 16 | **ADDRESSEE(S):** |
| 17 | Yael Lerman, Esq.<br>ylmazar@gmail.com |
| 18 | 6505 Wilshire Boulevard<br>Los Angeles, CA 90048 |
| 19 | Attorney for Relator GNGH2 Inc. |
| 20 | |
| 21 | |
| 22 |     */s/ Isaac Shu*<br>ISAAC SHU |