1  MICHELE BECKWITH
   Acting United States Attorney
2  TARA A. AMIN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES *ex rel.,* GNGH2 INC., | CASE NO. 2:23-CV-1361 KJM CKD

12 | Plaintiff/Relator,

13 | v. | ORDER ON THE JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR

14 | CARSON TAHOE PHYSICIAN CLINICS,

15 | Defendants.

16

17       Upon consideration of the Stipulation of Voluntary Dismissal by the United States

18 and the Relator pursuant to the terms of the Settlement Agreement between those parties, and for good

19 cause shown,

20       IT IS HEREBY ORDERED THAT:

21       (1) The Relator's Complaint, the parties' Joint Stipulation of Voluntary Dismissal, and this

22           Order be unsealed;

23       (2) All other papers filed or lodged to date in this action remain permanently under seal because

24           such papers were provided by law to the Court alone for the sole purpose of discussing the

25           content and extent of the United States' investigation and, thereby, evaluating whether the

26           seal and time for making an election to intervene should be extended;

27       (3) Any future papers filed or lodged in this action shall not be filed under seal absent separate

28           court order;

(4) This action is dismissed with prejudice as to the Relator and without prejudice as to the United States; and

(5) This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement and be the sole venue for any dispute arising thereunder.

**IT IS SO ORDERED.**

DATED: March 11, 2025.

_____
UNITED STATES DISTRICT JUDGE